THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DARWIN THOMAS (SBN 80745)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2740
    Facsimile: (213) 894-0115
    E-mail: Darwin.Thomas@usdoj.gov

Attorney for United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-243-RGK |
| Plaintiff, | [PROPOSED] |
| v. | FINDINGS AND ORDER RE CONTINUANCE OF TRIAL DATE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |
| ROY COLINA ALIVIO, | |
| Defendant. | |

Pursuant to the Stipulation of the parties regarding the proposed continuance of the trial date in this matter, the Court makes the following findings:

1. The defendant requests a continuance of the trial date in this matter, which is the third request for a continuance made by defendant.

2. The period of delay in this matter is sought so that defendant's counsel will have sufficient time to complete his preparation of this case for trial following the conclusion of another trial counsel began on April 1, 2008, and so that

1  defendant and his counsel will have sufficient time to complete

2  their review of discovery, complete any witness interviews, file

3  any further motions, and otherwise complete their preparation of

4  this case for trial.  Counsel for both parties believe that the

5  failure to grant the continuance requested by defendant would

6  deny defense counsel the reasonable time necessary for effective

7  preparation of this matter, taking into account the exercise of

8  due diligence.  The government does not object to the requested

9  continuance on this basis.

10  3.  The ends of justice served by continuing the case as

11  requested outweigh the interest of the public and the defendant

12  in a trial within the original date prescribed by the Speedy

13  Trial Act.

14

15  Based on the above findings and on the Stipulation of the

16  parties in connection with defendant's request to continue the

17  trial date in this matter IT IS ORDERED that

18  1.  The trial in this matter is continued from April 10,

19  2008, to May 6, 2008, at 9:00 a.m., and

20  2.  For the purposes of computing time under the Speedy

21  Trial Act, 18 U.S.C. § 3161, et seq., within which trial must

22  commence, the time period of April 10, 2008 to May 6, 2008, shall

23  be deemed excludable pursuant to 18 U.S.C. § 3161(h)(8).

24  APR 11 2008

25  Dated:  _____, 2007

HONORABLE R. GARY KLAUSNER

26  UNITED STATES DISTRICT JUDGE

27

28  2